

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff

CASE NUMBER: CR-

-vs

REPORT COMMENCING CRIMINAL ACTION

Thomas Patrick Kedan
    Defendant

98249-004
USMS NUMBER

TO: CLERK'S OFFICE    [X] MIAMI    [ ] FT. LAUDERDALE    [ ] W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 6/16/12   3:10 PM
2. LANGUAGE(S) SPOKEN: English
3. OFFENSE(S) CHARGED: 18 USC §2422(b) 2423(b)
4. DATE OF BIRTH: 4/19/1958

TYPE OF CHARGING DOCUMENT (CHECK ONE):
[ ] INDICTMENT    [X] COMPLAINT TO BE FILED/ ALREADY FILED
[ ] INFORMATION    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT    [ ] PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA
6. REMARKS: _____
7. DATE: 6/16/2012
8. ARRESTING OFFICER: Alexis Carpinteri
9. AGENCY: FEDERAL BUREAU OF INVESTIGATION
10. TELEPHONE NUMBER: _____ OFFICE
    954-553-3459 cell