FILED by CF D.C.
ELECTRONIC

Jun 29, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-20496-CR-MARTINEZ/MCALILEY**

CASE NO. _____

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

v.

THOMAS PATRICK KEELAN,

      **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning as early as the Fall of 2009, and continuing through the Summer of 2011, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PATRICK KEELAN,**

using any facility and means of interstate commerce, that is, the Internet and a cellular telephone, knowingly persuaded, induced, enticed, and coerced an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

Beginning on or about May 9, 2012, and continuing through on or about June 16, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PATRICK KEELAN,**

using any facility and means of interstate commerce, that is, the Internet and a cellular telephone, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **THOMAS PATRICK KEELAN**, has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2422 and 2428.

2. Upon conviction of either of the violations alleged in this Indictment, the defendant, **THOMAS PATRICK KEELAN**, shall forfeit to the United States all of his right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and any property, real or personal, that constitutes or was derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROY K. ALTMAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

THOMAS PATRICK KEELAN,

      Defendant.
_____/

**Superseding Case Information:**

New Defendant(s)    Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

**Court Division**: (Select One)

- X  Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No**
   List language and/or dialect

4. This case will take **5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       **X**
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony  **X**

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes:
   Magistrate Case No. **12-mj-02867-JG**
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of **6/16/12**
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  **X** No

               _____
               Roy K. Altman
               ASSISTANT UNITED STATES ATTORNEY
               Court No. A5501271

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: THOMAS PATRICK KEELAN

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROY K. ALTMAN

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Alexis Carpinteri, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: THOMAS PATRICK KEELAN

Case No: _____

Counts 1, 2 :

Coercion or Enticement of a Minor to Engage in Sexual Activity

Title 18, United States Code, Section 2422(b)

*Max. Penalty: Life Imprisonment

Count :



*Max. Penalty:

Count :



*Max. Penalty:

Counts :



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.