# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 12-20496 Cr Martinez/McAliley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS PATRICK KEELAN,

    Defendant.

_____/

## NOTICE OF FILING LETTERS OF REFERENCE

COMES NOW the Defendant, by and through undersigned counsel, and respectfully files this Notice of Filing Letters of Reference for the Court's review and consideration.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By:    /s/ *Samuel Randall*
        Samuel Randall
        Assistant Federal Public Defender
        Florida Bar No. 56864
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000
        (305) 536-4559, Fax
        Email: samuel_randall@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2013, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                                                                  /s/ Samuel Randall
                                                                                                    Samuel Randall