UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 12-20496-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS PATRICK KEELAN,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER REQUEST

**THIS CAUSE** came before the Court upon the Report and Recommendations regarding Criminal Justice Act Voucher FLS 14 1370 issued by United States Magistrate Judge Jonathan Goodman, on April 24, 2015 [ECF No. 192]. Magistrate Judge Goodman recommends that this Court, grant the CJA Voucher FLS 14 1370 and that Paul D. Petruzzi be paid **$3,080.00** as fair and final compensation for his work on this case. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 192], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of May, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Paul D. Petruzzi, Esq
Lucy Lara, CJA Administrator