AO 243 (Rev. 01/15)                                                                                       Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|---|
| Name *(under which you were convicted)*:<br>THOMAS KEELAN | | | Docket or Case No.:<br>12-CR-20496-MARTINEZ |
| Place of Confinement: | | Prisoner No.:<br>98219-004 | |
| UNITED STATES OF AMERICA | V. | Movant *(include name under which convicted)*<br>THOMAS PATRICK KEELAN | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
    400 NORTH MIAMI AVE., MIAMI, FLORIDA 33128

    (b) Criminal docket or case number (if you know):  12-CR-20496-MARTINEZ

2.  (a) Date of the judgment of conviction (if you know):  4/15/2013

    (b) Date of sentencing:  4/11/2013

3.  Length of sentence:  200 MONTHS

4.  Nature of crime (all counts):

    COUNT ONE:
    COERCION OR ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY (18 U.S.C. 2422(b))

    COUNT TWO:
    COERCION OR ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY (18 U.S.C. 2422(b))

5.  (a) What was your plea?  (Check one)
    (1) Not guilty [✓]        (2) Guilty [ ]        (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

    N/A

6.  If you went to trial, what kind of trial did you have?  (Check one)   Jury [✓]   Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

8.  Did you appeal from the judgment of conviction?   Yes [✓]   No [ ]

AO 243 (Rev. 01/15)                                                                                                          Page 3

9.  If you did appeal, answer the following:

(a)  Name of court:  UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

(b)  Docket or case number (if you know):  13-11878-F

(c)  Result:  AFFIRMED.

(d)  Date of result (if you know):  9/2/2015

(e)  Citation to the case (if you know):  UNITED STATES V. KEELAN, 786 F.3D 865 (11TH CIR. 2015)

(f)  Grounds raised:

I. The court's erroneous denial of Mr. Keelan's Second Motion in Limine was an abuse of discretion warranting reversal; II. The court abused its discretion by erroneously permitting the government to use a summary witness as its first witness and by having its expert witness testify beyond the specific area of her expertise; III.The court committed reversible error by denying Mr. Keelan's sealed motion to introduce evidence of J.S.'s consensual sexual activity with other males of the same age and demographic background as Mr. Keelan; IV. The court erred in ordering payment of restitution pursuant to the Mandatory Victim Restitution Act, where the offenses of conviction are not "crimes of violence" under 18 U.S.C. Sec. 16(b).

(g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☑     No ☐

If "Yes," answer the following:

(1)  Docket or case number (if you know):  15-7100

(2)  Result:  WRIT OF CERTIORARI DENIED.

(3)  Date of result (if you know):  1/12/2016

(4)  Citation to the case (if you know):

(5)  Grounds raised:

THE ELEVENTH CIRCUIT ERRED IN RELYING UPON PRECEDENTS DETERMINING WHAT CONSTITUTED A CRIME OF VIOLENCE UNDER U.S.S.G. SECTION 4B1.2(a)(2).

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐     No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:

(2)  Docket or case number (if you know):

(3)  Date of filing (if you know):

(4)  Nature of the proceeding:

(5)  Grounds raised:

AO 243 (Rev. 01/15)                                                                                                    Page 4

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐       No ☐

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)   Name of court: _____

    (2)   Docket of case number (if you know): _____

    (3)   Date of filing (if you know): _____

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised:

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐       No ☐

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)   First petition:     Yes ☐     No ☐

    (2)   Second petition:   Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

AO 243 (Rev. 01/15)

**GROUND ONE:** Petitioner's trial counsel was constitutionally ineffective for failing to make a reasonable investigation into the alleged victim's mental state and/or to present such evidence at trial.

    (a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

    SEE THE ATTACHED.

    **(b) Direct Appeal of Ground One:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐      No ☑

        (2)  If you did not raise this issue in your direct appeal, explain why:

    IT IS AN ISSUE THAT IS PROPERLY RAISED IN A 2255.

    **(c) Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐      No ☑

        (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐      No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐      No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐      No ☐

AO 243 (Rev. 01/15)                                                                                                          Page 6

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):      _____

Date of the court's decision:      _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**   Petitioner's trial counsel was constitutionally ineffective for failing to object to the Government's introduction of evidence which amounted to a constructive amendment of the Indictment.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE THE ATTACHED.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

IT IS AN ISSUE THAT IS PROPERLY RAISED IN A 2255.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**   Petitioner's trial counsel was constitutionally ineffective for failing to object to legally incorrect jury instructions with respect to Count 2.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE THE ATTACHED.

AO 243 (Rev. 01/15)                                                                                                    Page 8

(b)  **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☑

    (2)   If you did not raise this issue in your direct appeal, explain why:

    IT IS AN ISSUE THAT IS PROPERLY RAISED IN A 2255.

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☑

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   The Goverment violated Petitioner's Due Process rights by withholding material exculpatory evidence relating to J.S.'s mental state and making improper comments during closing arguments.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE THE ATTACHED.

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

IT IS AN ISSUE THAT IS PROPERLY RAISED IN A 2255.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐      No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐      No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐      No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
SAMUEL RANDALL, 201 SOUTH BISCAYNE BLVD., STE. 1100, MIAMI, FL 33131

(b) At the arraignment and plea:
SAMUEL RANDALL, 201 SOUTH BISCAYNE BLVD., STE. 1100, MIAMI, FL 33131

(c) At the trial:
SAMUEL RANDALL, 201 SOUTH BISCAYNE BLVD., STE. 1100, MIAMI, FL 33131/ ABIGAIL BECKER, ESQ.

(d) At sentencing:
SAMUEL RANDALL, 201 SOUTH BISCAYNE BLVD., STE. 1100, MIAMI, FL 33131/ABIGAIL BECKER, ESQ.

(e) On appeal:
PAUL PETRUZZI, 169 E FLAGLER ST., STE. 1241, MIAMI, FL 33131

(f) In any post-conviction proceeding:
PAUL PETRUZZI, 169 E. FLAGLER ST., STE. 1241, MIAMI, FL 33131

(g) On appeal from any ruling against you in a post-conviction proceeding:


16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:


(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

    * The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

       A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

         (1)   the date on which the judgment of conviction became final;

         (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

         (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

         (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                      Page 13

Therefore, movant asks that the Court grant the following relief:

VACATE PETITIONER'S CONVICTION AND SENTENCE

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .

(month, date, year)

Executed (signed) on _____1/12/17_____ (date)

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Signed by counsel for movant as movant
is in custody.