Tom Keelan
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

"Remember! You saved my life."
(Jacob to Tom ca. 50x by mouth and text)



FILED BY  PG  D.C.

DEC 09 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To: Jennifer Gonnerman, <u>New Yorker</u> staff writer
    Jennifer Cerny, witness
c: Accomplices to fraud and attempted murder: Goodman, McAliley, Martinez (District), Hull (Ret.) Melloy (8th CAP), Black, Rosenbaum, Brasher, Newsom, Lagoa (11th CAP), Lisa Nesbitt for SCOTUS

Dear Ms. Gonnerman:

   I gave in to a young, gay man's demands for a loving relationship to stop his spiral into suicide. It worked. The federal courts PAID THE REAL KILLERS.

   I loved to save a life. Bizarre, but proved true. This letter only skims the surface of government wrong-doing.

   Driving someone to suicide is murder. Please, Ms. Gonnerman, publicize the truth, and help save the thousands of young lives ended by family hatred. Young gay men in high-rejection households kill themselves at a rate over 9 times higher than normal.

   Those aren't suicides. They are MURDERS. People cannot <u>see</u> what they don't expect.

   Luckily for Jacob Salzman (and unluckily for me), he had a thing for older men. I refused to let him die. He married a 70-year old a week after my trial. There were photos of the couple in PRISON.

   I will try to be simple. Contact Jennifer Cerny for explanation of any statement or document. Her contact info is handwritten at the top of your copy alone.

   The Supreme Court (twice denying my appeals) approved paying the family, headed by an opioid-death-dealing doctor, for torturing their gay brother and son to death.

   The 11th Circuit Court of Appeals reversed the roles of a lifesaver and murderers, in a denial of evidence and reality.

   A policeman used the Miami District Court as a fraud and murder weapon, conspiring with a deadly white heterosexual Oxy dealer killing his own son.

- 1 -

All of those are OPENLY TRUE, and denied and ignored by bigoted courts. I put the evidence quotes on a separate page. These things are PROVED:

- Jacob Salzman was suicidal because of the physical and psychological abuse of his family. (Quote "A": Trial)

- Elyse (sister) and Dr. Carl (father) Salzman lied to police and courts and blamed me for causing the suicidal behavior (Quote "B": Elyse letter to lawyer, Carl at sentencing)

- Our love stopped his suicide. (Quote "C": Jacob at trial)

- The 11th Circuit Court of Appeals said Jacob's testimony said the opposite of what you just read. (Quote "D": 11th CAP ruling)

- At trial, AUSA Altman said Jacob was a virgin. (Quote "E": Trial)

- Denying my 2255, AUSA Johannes said they knew about Jacob's prior (some 40-50 altogether) liaisons with older men. (Quote "F": Gov't response to 2255)

- Jacob was dating a 70-year old, Art Foley, he met online as a minor, all during my prosecution. The family only cared about money. (Photos attached)

- Florida Department of Law Enforcement Agent Donald Cannon KNEW the truth about my loving Jacob to save his life. (Quote "G": Email attached for J.G. only). He pretended to be Jacob in the email and THREATENED HIS DEATH to fake a federal charge. No court ever saw the email.

- I said "No" to Jacob over and over, until he threatened suicide, saying he needed the relationship to live. He promised to stop the self-harm if I agreed, and threatened to go to the street or the web to find another older man if I refused. (Quote "H": Trial)

- I never persuaded. Jacob was locked up in abusive psych facilities, and explained why he did what he did. (Quote "I": Jacob's confession). No one was allowed to see his professed truth, a profound defense of sexual agency and its effect on the will to live.

    Ms. Gonnerman, I risked my life to save his, and it cost me my life. I was sentenced to 200 months in 2013, arrested in June 2012.

    I would give my life for the truth to be known. If the world knew I loved to SAVE a life, (not that I fucked someone until he wanted to kill himself) I could stand this.

    They ran my arrest in the London Daily Mirror. No one has ever published the truth about murder.

They called me a "pedophile," even though Jacob had been physically adult for years. He had more chest hair than me, and would have been legal in Israel, ironically. They called ME a predator, though he had 50 older men, and I had one minor. If he had been a heterosexual going after 50 women, the women would have been seen as victims.

I called Carl Salzman THREE TIMES about the cutting, but Verizon refused to give me my phone records, probably at police insistence. A former student, Carly (Hirsch) Kimmell, who believed I "saved her life" in high school when her parents abandoned her, wanted to interview me by phone for NPR's "This American Life." Warden Ortiz unconstitutionally denied me the interview, granting one to a heterosexual (Joseph Furando) by CBS. No truth is allowed out of the Fed's black hole.

One of "my" lawyers, Tony Moss, said "You had no right to sleep with him just to make him happy."

As opposed to suicide? Making another happy is the ONLY thing that gives anyone the right to love the other. Let Moss or Judge Goodman put a gun to my head and splatter my brains on the wall, as long as they admit I loved well enough to save a life.

Remember the video with the "invisible" gorilla? Cognitive bias! No one can see what they don't expect. Kahneman said that facts that challenge basic assumptions are simply not absorbed.

Please tell a story, strange but true, and save MY life.

Sincerely,

Tom Keelan

Tom Keelan

p.s. When I asked public defender, Sam Randall, at trial, to ask Jacob if he said over and over, "Remember, you saved my life," what did Randall say? "That's not important."

Ms. Gonnerman, make gay lives matter.

EVIDENCE PAGE

QUOTE "A":
There was a period in my life, I have to put it around the summer of my 9th-grade year, a lot was going on. You know, finding out who I was with religion and stuff like that, I got very depressed and I started to cut myself ... I couldn't deal with the emotions that were going on, that was the easiest way to do it for me -- well, religiously my parents were pretty religious and I wasn't sure that I wanted to be religious. And, you know, at the time, I just felt like my parents couldn't accept that. So I brought it up a couple of times, but it was easier to cut myself. And also, I felt like I had feelings towards guys at the time and I didn't know how to bring that up, especially in the religious society .. that I was living in at the time (Trial testimony p. 227)

Well, at first it wasn't very frequent. It was, you know, maybe once a month, once a week, once a month. It progressively got worse ... knives, scissors, pens, anything sharp enough that would do the job ... in the beginning I would cut my arms. Eventually would move on to ankles, legs, stomach occasionally. (Trial testimony p. 228)


QUOTE "B":
Jacob started cutting himself, becoming depressed, stopped eating, and at one point had suicidal tendencies during the beginning of Keelan's abuse. We sent Jacob to therapy but it did not help the depression ... My parents are obviously going through trauma and grief. They are not aware of their legal options in civil suit or that they could even sue civilly in this case (Elyse)

Jacob was afraid to tell us what was happening. He started to cut himself. (Carl)


QUOTE "C": Actual Testimony (TT 338-9)
Q. So that's sort of what in this context, you picked Tom right?
A. If we look at it that way, yeah.
Q. And then once you started sleeping with him, you were happy, right?
A. At the time I thought I was happy, yes.
Q. Well, you stopped cutting yourself at that point, right?
A. No. I still cut myself occassionally.
Q. Okay.
A. Yeah.
Q. With less frequency.
A. Yes, with less frequency.
Q. Tom really did not want you to be cutting yourself?
A. That's what he claimed, yeah.


QUOTE "D": (11th CAP ruling)
"The chronology of that trial evidence firmly supported the conclusion that J.S.'s prior mental health problems were secondary to Keelan's manipulation and abuse. J.S.'s mental well-being, according to his own <u>trial</u> testimony, deteriorated precipitously after Keelan sexually exploited him."

QUOTE "E":
"And so soon, Jacob was doing things he'd never done or frankly even dreamed of doing." (Trial P. 540)

"Jacob was a 15-year old orthodox Jewish boy who had never had sex before." (Trial P. 562).

QUOTE "F":
...the 74-year old witness whom J.S. had tried to seduce TWO YEARS before KEELAN, both in prison at FCI Fort Dix, were "not 'new' at all." (AUSA Johannes). The "Evidence that J.S. was sexually active PRIOR to being romantically involved with (Keelan) ... was produced pre-trial during discovery and the subject of Rule 412 motion."

QUOTE "G":
"You give me the freedom and security I need to survive you know that!!! ...I love you, always will! ... I was hurting because my family was hurting me! I expressed it as anger because I didn't know how else to do it without cutting ... Without you to give me my sense of worth, I didn't value my life at all. I was hurting bad ... I will always take care of you, mi amor. You know that. I know, likewise you will take care of me. You live up to your promises. I will always live up to mine." (Email "Re:IAY"FDLE Agent-Cannon-as-Jacob)

QUOTE "H":
PD: Now, when it came to you two having sex, didn't Tom tell you that it was a bad idea for you to have this relationship?
JS: Yes, he did.
PD: Didn't he tell you he could love you just as a friend?
JS: He did.
PD: That he could love you without sex?
JS: He said that, yes.
PD: At the time, didn't you feel like you needed this relationship to live? And I know that's sort of overdramatic, isn't that what you felt like at the time?
JS: Yeah.
PD: I mean you told him that, right?
JS: I was very dependent, yes.

QUOTE "I":
"...you said you loved me unconditionally, but your actions don't express it... you had always wanted me to put White when I am Hispanic. It also didn't help that you wouldn't talk to me if I married a non-Jew. That scared me since I knew I had feelings for other men. I wouldn't tell you that, since if that is your reaction to a non-Jewish girl, I didn't even fathom what it would be for a gay! Those are the reasons I had sex with older men... I did those acts for freedom, for love and belonging and power and control. It was power and control for the fact that it was my body, and no one, not even you, could take that away from me... It was freedom since no one tells me to stop and I had the choice to commit the act..." (Jacob to his family)

Case: 1:17-cv-20158-JEM
1:12-cr-20496-JEM-1

Did the court know? REJECT MURDER by COP!

READ! This court PAID HOMOPHOBIC KILLERS!

Crimes were committed by family and police!
The evidence is irrefutable (most from the U.S. Attorney's offic itself!
This court <u>aided and abetted</u> killers for fraud.

Thomas P. Keelon 96719-004
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

LEGAL MAIL
Case: (Crime Reporting)
1:17-cv-20158-JEM
1:12-cr-20496-JEM-1
3 Counts PAID homophobic killers

U.S. Miami District Court
Martinez, Goodman, McAliley
400 N. Miami Ave.
Miami, FL 33128-7716

33128-771899

TRENTON NJ 085
30 NOV 2021 PM 5 L

DEC 09 2021
11:25 AM

USMS
INSPECTED   RECEIVED